# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

135195

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

ANTOINE RAY THOMAS,
　　　　Defendant-Appellant.

SC: 135195
COA: 279702
Ottawa CC: 01-025254-FC
　　　　　　01-025255-FC

_____/

　　　　On order of the Court, the application for leave to appeal the August 21, 2007 order of the Court of Appeals is considered. We DIRECT appellate counsel, John W. Ujlaky, to file a supplemental brief addressing the reason(s) for his failure to file the defendant's delayed application for leave to appeal in the Court of Appeals within the deadlines set forth in MCR 7.205(F)(4), which led to administrative dismissal of the application on jurisdictional grounds. Counsel shall file the supplemental brief within 28 days of the date of this order.

　　　　The application for leave to appeal remains pending.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

_____
Clerk

t1217